**BENDAU & BENDAU PLLC**
Clifford P. Bendau, II (AZ Bar No. 030204)
Christopher J. Bendau (AZ Bar No. 032981)
P.O. Box 97066
Phoenix, Arizona 85060
Telephone: (480) 382-5176
Fax: (480) 304-3805
Email: cliffordbendau@bendaulaw.com
         chris@bendaulaw.com
*Attorneys for Plaintiff*

**GAMMAGE & BURNHAM, PLC**
David A. Selden (AZ Bar No. 007499)
Julie A. Pace (AZ Bar No. 014585)
Heidi Nunn-Gilman (AZ Bar No. 023971)
Forty North Central Avenue, 20th Floor
Phoenix, AZ 85004
Telephone: (602) 256-0566
Fax: (602) 256-4475
E-mail:  dselden@gblaw.com
         jpace@gblaw.com
         hnunngilman@gblaw.com
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| **Kevin Curphey**, individually, and on behalf of all others similarly situated, et al.<br><br>Plaintiffs,<br><br>v.<br><br>**FNS Ventures - Gateway, LLC**, et al.,<br><br>Defendants. | No. 2:19-cv-05904-ROS<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, the parties reached a settlement resolving all claims in this matter and have exchanged and signed the finalized settlement agreement. The undersigned parties now stipulate and agree that the above-captioned matter can be dismissed with prejudice with each side to bear their own attorneys' fees and costs except as outlined in the settlement agreement.

-1-

RESPECTFULLY SUBMITTED this 15th day of December, 2021.

                                  BENDAU & BENDAU PLLC

                                  /s/*Christopher J. Bendau*
                                  Clifford P. Bendau, II
                                  Christopher J. Bendau
                                  *Attorneys for Plaintiff*

                                GAMMAGE & BURNHAM, PLC

                                /s/*David Selden (with permission)*
                                David A. Selden
                                Julie A. Pace
                                Heidi Nunn-Gilman
                                Attorneys for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th Day of December 2021, a copy of the foregoing was transmitted electronically to the CM/ECF filing system for filing and transmittal along with copies transmitted to all counsel of record via the CM/ECF system.

/s/ *Christopher J. Bendau*